PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sammy Lopez                                        Cr.: 13-00025-001
                                                                    PACTS #: 66238
Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/24/2013

Original Offense:   18 U.S.C 922(g)(1): Felon in Possession of a Firearm

Original Sentence: 77 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 01/14/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute or administer any narcotic or other controlled substance and   paraphernalia related to such substances.** |
| | On August 16, 2019, the defendant reported to the Probation Office as directed and submitted a urine sample that tested positive for opiates. He admitted using Tylenol with codeine, a medication not prescribed to him. |

U.S. Probation Officer Action:

Mr. Lopez was given a verbal reprimand for using illegal drugs. The Probation Office will increase random drug testing and refer Mr. Lopez for a substance abuse evaluation. He must follow all treatment recommendations. We will continue to monitor the offender's compliance and notify Your Honor of any additional non-compliance.

Respectfully submitted,

*Afonso A. Fernandes*
By: Afonso A. Fernandes
    U.S. Probation Officer
Date: 08/16/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

8/25/19
_____
Date